IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
SANDRA MCCORKLE,            *
                            *
     Plaintiff,             *
                            *
     v.                     *      CV 618-029
                            *
CALIBER HOME LOANS, LLC,    *
                            *
     Defendant.             *
```

**O R D E R**

Pending before the Court is Plaintiff's Motion to Dismiss Without Prejudice. (Doc. 7.) Prior to this motion Defendant did not file an answer or a motion for summary judgment. While Defendant did file a motion to dismiss, such a motion does not preclude Plaintiff's right to voluntarily dismiss her action under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Carter v. United States, 547 F.2d 258, 258-59 (5th Cir. 1977). Even where defendant "expended considerable effort in preparing their motion to dismiss," the motion is not considered an answer or a motion for summary judgment for the purposes of Rule 41(a)(1)(A)(i). Id. at 259. Accordingly, Plaintiff is entitled to the dismissal she seeks.

**IT IS THEREFORE ORDERED** that Plaintiff's claim against Defendant is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA